UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT 10 P 3:47

CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION NO.: |
| v. | VIO: 18 U.S.C. § 1001 False Statements |
| ALISON MICHELLE WADDELL, f/k/a ALISON MICHELLE GAUB | |

CR113 227

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby estimates the statutory penalty[1] for each count of the above-styled indictment to be:

**Count(s)/Charge(s)**            **Statutory Penalty**

1 / 18 U.S.C. § 1001, False Statements     Not more than five (5) years imprisonment; a fine of not more than $250,000.00, or both; not more than three (3) years supervised release; and a $100 special assessment.

Respectfully submitted this _9_ day of _October_, 2013.

EDWARD J. TARVER
UNITED STATES ATTORNEY

_C. J. Clark_
C. Troy Clark
Assistant United States Attorney
Georgia Bar No. 811674
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, GA 30903
T: (706) 826-4537

---

[1] This estimate does not include possible statutory sentencing enhancements.