AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:     Date 10/28/2013    1513 hours |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: _____ |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>left: _____ |
| ☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   10/28/2013
Date

S. Smith
Name of United States Marshal

Chance Hutto
(by) Deputy United States Marshal

Remarks: James S. Murray accepts service for his client.

[signature]

**ORIGINAL**

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

vs.

ALISON MICHELLE WADDELL

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR113-227

(Name and Address of Defendant)

Alison M. Waddell f/k/a Alison Michaell Gaub
61 Andy Lane
Beech Island, South Carolina 29842

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>Federal Justice Center<br>600 James Brown Boulevard<br>Augusta, Georgia 30901 | Courtroom 2 |
| | Date and Time<br>Thursday, November 7, 2013 at 2:00 pm |

Before: Honorable J. Randal Hall

3:00

To answer a(n)

☐ Indictment   ☒ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ Section(s) ___1001___

Brief description of offense:
False Statements

CONTACT PRETRIAL SERVICES OFFICER, ___Lori Highsmith___, IMMEDIATELY UPON RECEIPT OF OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM THROUGH 5:00 PM MONDAY THROUGH FRIDAY. TELEPHONE: 706-849-4450

_[signature]_
Signature of Issuing Officer

October 18, 2013
Date

Lisa Widener, Courtroom Deputy Clerk
Name and Title of Issuing Officer