# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR113-227**

United States of America

vs.

**ALISON MICHELLE WADDELL / 33**

_____

Defendant/Age

**TROY CLARK**

U. S. Attorney

**NATHAN HUFF**

Attorney for Defendant

- [✓] Plea agreement **(Received)**.
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [✓] Arraigned and plead **Guilty** to count(s) **Count One**.
- [ ] Plea of not guilty withdrawn and plea of _____ entered as to count(s) _____ of the indictment.
- [✓] Factual basis **Established. Oral. Plea Accepted** Witness for factual basis **Inv. Kristin McGrath, NSA**
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **a later date** at _____.
- [✓] Bond Continued ___ Bond modified to _____.
       Bond set at _____ **Per Recog**
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

3:12pm - 3:51pm

Honorable **J. Randal Hall, U. S. District Court Judge**   Date **November 7, 2013**

Court Reporter   **FTR**   Probation Officer **Chris Ingalls**

Courtroom Deputy Clerk   **Lisa Widener**   U.S. Marshal **D. Mahoney**